IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE R. SWADER ) | |
| ) | |
| v. ) | No. 3:11-0239 |
| ) | Judge Wiseman/Bryant |
| SOCIAL SECURITY ADMINISTRATION ) | |

### O R D E R

On April 16, 2012, defendant filed a motion for final judgment (Docket Entry No. 18), having returned to Court following post-remand proceedings before the agency as directed by 42 U.S.C. § 405(g), and reporting that plaintiff had been granted all benefits that she sought upon a finding of a closed period of disability from June 25, 2004 through November 1, 2010. In light of the new agency decision that is fully favorable to plaintiff, defendant asks the Court to enter final judgment in this case. On April 29, 2010, plaintiff responded to defendant's motion for final judgment, stating that she had no objection to the motion, and further disclosing her intent to file a post-judgment motion for EAJA fees. (Docket Entry No. 19) Entry of final judgment therefore appears to be in order here.

Accordingly, there are no further proceedings to be conducted by the Magistrate Judge, and the file will be transmitted to the District Judge for disposition. The Clerk is directed to terminate the referral designation in this case.

So **ORDERED**.

    s/ John S. Bryant
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE