IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHELLE R. SWADER, )
)
v. ) 3:11-0239
)
MICHAEL J. ASTRUE, Commissioner of )
Social Security )

**O R D E R**

Before the Court is the Defendant's Motion for Final Judgment, Document #18. On June 1, 2011 this case was remanded under sentence six of 42 U.S.C. § 405(g) to the Social Security Administration for further administrative proceedings. After a hearing on August 16, 2011, the Administrative Law Judge David A. Ettinger determined that Plaintiff was entitled to a closed period of disability from June 25, 2004 through November 1, 2010. The Court has been advised by Plaintiff's counsel, David Chermol, that the Plaintiff has no objection to the Defendant's Motion for Final Judgment.

The Court accepts and adopts the January 25, 2012 fully favorable decision by the Administrative Law Judge, Document #16-1 Exhibit 1, that the Plaintiff is entitled to a closed period of disability from June 25, 2004 through November 1, 2010.

Defendant's Motion for Final Judgment, Document #18, is **GRANTED**, the decision of the Administrative Law Judge is **AFFIRMED**, and this case is **DISMISSED**.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge