IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE R. SWADER, | ) |
| Plaintiff, | ) |
| v. | ) 3:11-0239 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and an attached Affidavit by David Chermol, Document #22. The Government has not filed any response to an award of attorney fees in the requested amount.

The Court has considered the fees and finds them reasonable. Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d), Document #22, is **GRANTED**. Pursuant to Equal Access to Justice Act, 28 U.S.C. § 2412(d), attorney's fees shall be awarded in the amount of **$1,720.00 (one thousand seven hundred twenty and 00/100)** and costs in the amount of **$350.00 (three hundred fifty and 00/100)** for a total of **$2,070.00 (two thousand seventy and 00/100)** which are to be charged against the Defendant in this action and paid to Plaintiff's attorney, David F. Chermol, if Plaintiff does not owe a pre-existing debt to the government that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

IT IS SO ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge